UNITED STATES DISTRICT COURT  JS-6
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 16-7907-JFW (AFMx)**                                Date: November 17, 2016

Title:   Michael D. Castro -v- Tri Marine Fish Company, LLC, et al.

**PRESENT:**

**HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| **Courtroom Deputy** | **Court Reporter** |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**          **ATTORNEYS PRESENT FOR DEFENDANTS:**
                     None                                                                             None

**PROCEEDINGS (IN CHAMBERS):**       **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

On November 10, 2016, Counsel were advised that the Court would issue its Scheduling and Case Management Order based on the Joint Report which was due on November 9, 2016. However, Counsel have failed to file the Joint Report.  Accordingly, as a result of the parties' failure to file the Joint Rule 26(f) Report as required by the Court's Order of October 27, 2016, this action is hereby **DISMISSED without prejudice**.  The Scheduling Conference, currently on calendar for November 21, 2016, is **VACATED**.  *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.

Initials of Deputy Clerk   sr